**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
9/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV   DEPUTY

Case Number: 2:25-cr-00765-MEMF
Defendant Number: 1
U.S.A. v. Hector Manuel Rodriguez
Year of Birth: 1984
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): FPS

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
  [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
  [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: 8/24/2025

c. County in which first offense occurred
Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  [✓] Los Angeles    [ ] Ventura
  [ ] Orange         [ ] Santa Barbara
  [ ] Riverside      [ ] San Luis Obispo
  [ ] San Bernardino [ ] Other

Citation of Offense: 18 U.S.C. § 111(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  [✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: 8/25/2025
Case Number: 2:25-mj-05225-DUTY
Assigned Judge:
Charging: 18 U.S.C. § 111(a)(1)
The complaint/CVB citation:
  [✓] is still pending
  [ ] was dismissed on:

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: Mark Chambers
Phone Number: 760-489-1808

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
  [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number:

The superseded case:
  [ ] is still pending before Judge/Magistrate Judge

  [ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
  [ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect:
_____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien
Alias Name(s) _____

This defendant is charged in:
☐ All counts
☑ Only counts: 1 _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☑ violent crimes/firearms  ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: 8/24/2025
b. Posted bond at complaint level on: 8/26/2025
   in the amount of $ $5,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district:
_____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _20_  _21_  _40_

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  9/15/2025

_Signature of Assistant U.S. Attorney_
Joshua J. Lee
Print Name