
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTINA R.B. LÓPEZ (Cal. Bar No. 312610)
IRICEL E. PAYANO (Cal. Bar No. 349141)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2475/3899
     Facsimile: (213) 894-0141
     E-mail:    christina.lopez@usdoj.gov
                iricel.payano@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00765-MEMF-1 |
|---|---|
| Plaintiff, | |
| v. | JOINT STATEMENT OF APPLICABLE SUBSTANTIVE JURY INSTRUCTIONS |
| HECTOR MANUEL RODRIGUEZ, | Trial Date: March 23, 2026 |
| Defendant. | Location:   Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Christina R.B. López and Iricel E. Payano, and defendant Hector Manuel Rodriguez, by and through his counsel of record Mark

//

//

//

1

Chambers, hereby submit a joint statement of the substantive jury instructions that would be applicable in this case, in accordance with the Court's March 2, 2026 order.

Dated: March 4, 2026               Respectfully submitted,

                                   TODD BLANCHE
                                   Deputy Attorney General

                                   BILAL A. ESSAYLI
                                   First Assistant United States
                                   Attorney

                                   ALEXANDER B. SCHWAB
                                   Assistant United States Attorney
                                   Acting Chief, Criminal Division


                                   /s/ Christina R.B. López
                                   CHRISTINA R.B. LÓPEZ
                                   IRICEL E. PAYANO
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: March 4, 2026               /s/ Mark Chambers*
                                   Mark Chambers
                                   Attorney for Defendant
                                   Hector Manuel Rodriguez


*Local Civil Rule 5-4.3.4 Attestation: I attest that all other signatories listed concur in the filing's content and have authorized the filing.

                                   /s/ Chrsitina R.B. López
                                   CHRISTINA R.B. LÓPEZ

INSTRUCTION NO. 1

The defendant is charged in Count One with assault on a federal officer in violation of Section 111(a)(1) of Title 18 of the United States Code. For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant forcibly assaulted P.S.;

Second, the defendant assaulted P.S. while P.S. was engaged in, or on account of, his official duties; and

Third, the defendant made physical contact with P.S.

There is a forcible assault when one person intentionally strikes another, or willfully attempts to inflict injury on another, or intentionally threatens another coupled with an apparent ability to inflict injury on another which causes a reasonable apprehension of immediate bodily harm.

The test for determining whether an officer is engaged in the performance of official duties is whether the officer is acting within the scope of what he is employed to do, as distinguished from a personal frolic of his own.

Evidence that an officer may not have followed certain rules of his employment does not by itself establish that his actions were a personal frolic.

Ninth Circuit Model Jury Instructions, No. 8.1 (2022 ed.) [Assault on Federal Officer or Employee (18 U.S.C. § 111(a))] & cmt.; United States v. Ornelas, 906 F.3d 1138, 1149 (9th Cir. 2018); United States v. Juvenile Female, 566 F.3d 943, 950 (9th Cir. 2009) (modified to reflect indictment).

1